UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEAN ANTHONY CARTER, )<br>)<br>Defendant. )<br>_____ ) | **2:17-cr-153-HDM-GWF** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Government anticipates the unavailability on December 12, 2017 of a witness that the Court may wish to hear from.

2. The Defendant is incarcerated, but he does not object to the continuance of the evidentiary hearing.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the Government the opportunity to secure the presence of witnesses at the evidentiary hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first stipulation filed herein to continue the evidentiary hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the evidentiary hearing on the Defendant's Motion to Suppress.

. . .

**ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled evidentiary hearing on the Defendant's Motion to Suppress is continued until _____January 17_____, 2018, at the hour of __9:30 a.m.___.

_____George Foley Jr._____
UNITED STATES MAGISTRATE JUDGE

DATED: December 11, 2017