UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN ANTHONY CARTER,<br><br>Defendant. | Case No. 2:17-cr-00153-HDM-GWF<br><br>ORDER |

Defendant Dean Anthony Carter filed a motion to suppress evidence obtained in connection with his arrest (ECF No. 30). After an evidentiary hearing, Magistrate Judge Foley entered his report and recommendation (ECF No. 69) recommending that defendant's motion be denied. Defendant filed objections to the report and recommendation (ECF No. 101) and the government has filed a response (ECF No. 102). Pursuant to Local Rule IB 3–2(b), the court has conducted a *de novo* review of the motion to suppress and the related papers. Judge Foley's report and recommendation sets forth the proper legal analysis and factual bases for the decisions. Thus, the court accepts and adopts the report and recommendation (ECF No. 69). Defendant's motion to suppress (ECF No. 30) is DENIED and his objections (ECF No. 101) are OVERRULED.

IT IS SO ORDERED.

DATED THIS 29th day of June, 2018.

_____
HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE

1