1

2

3
UNITED STATES DISTRICT COURT

4
DISTRICT OF NEVADA

5

6
UNITED STATES OF AMERICA,          Case No. 2:17-cr-00153-HDM-GWF
                                          Case No. 2:20-cv-01059-HDM
7
                          Plaintiff,
        v.                                        ORDER
8
DEAN ANTHONY CARTER,

9
                          Defendant.

10

11
     The defendant has filed a motion to vacate pursuant to 28

12
U.S.C. § 2255 (ECF No. 141).  The government shall file a response

13
to the motion on or before August 17, 2020.  The defendant shall

14
file any reply on or before September 16, 2020.

15
     IT IS SO ORDERED.

16
     DATED: This 16th day of June, 2020.

17

18
                              _____
                              UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28